# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| OSCAR MERCADO, | ) |
| Plaintiff, | ) |
| v. | ) Case No.   4:14-cv-1208-MHH-TMP |
| SCOTT HASSELL, *et al.*, | ) |
| Defendants. | ) |

## MEMORANDUM OPINION

On February 24, 2015, the Magistrate Judge filed his Report and Recommendation, recommending that this petition for *habeas corpus* relief filed pursuant to 28 U.S.C. § 2241 be denied and dismissed as moot.  (Doc. 12).  No objections have been filed.  Having now carefully reviewed and considered *de novo* all the materials in the court file, including the Report and Recommendation, the Court adopts the Magistrate Judge's report and accepts his recommendation.  Consequently, the petition for writ of *habeas corpus* is DENIED AND DISMISSED as MOOT.   A separate final judgment will be entered.

The Clerk is DIRECTED to please mail a copy of this Memorandum Opinion to the petitioner at the most recent address.

**DONE** and **ORDERED** this March 16, 2015.

_____
**MADELINE HUGHES HAIKALA**
UNITED STATES DISTRICT JUDGE